**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Ameriquest Mortgage Company
   c/o National Registered Agents, Inc.
   150 S Perry St
   Montgomery AL 36104-4227

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X A. B-ll
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name): BS BELLAMY
C. Date of Delivery: 11-16-07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered     ☒ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7005 1160 0004 3936 2030

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-15