IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ANGELA SANDERSON; KENNETH AND BARBARA HARPER; GRANT AND LORI MORRING; ROBERT AND DIANE [sic] HOWARD, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | CASE NUMBER |
| v. | ) ) | 1:07-cv-00800-B |
| AMERIQUEST MORTGAGE COMPANY, | ) ) ) ) | |
| Defendant. | ) ) | |

## DEFENDANT'S MOTION TO DISMISS

**COMES NOW** the defendant Ameriquest Mortgage Company, by and through its undersigned counsel, and, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, hereby moves this Honorable Court to dismiss the Complaint filed by plaintiffs Angela Sanderson, Kenneth and Barbara Harper, Grant and Lori Morring, and Robert and Diane [sic] Howard. Per Local Rule 7.1(a) defendant's brief is being filed simultaneously with this motion.

1625573 v1

Respectfully submitted,


s/Stephen J. Bumgarner
Stephen J. Bumgarner (BUMGS2089)

Attorney for Defendant
Ameriquest Mortgage Company

**OF COUNSEL:**

BURR & FORMAN LLP
3400 Wachovia Tower
420 North 20th Street
Birmingham, Alabama  35203
Telephone:  (205) 251-3000
Facsimile:  (205) 458-5100
sbumgarn@burr.com


# CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to the following:

Kenneth J. Riemer, Esq.
P.O. Box 1206
Mobile, Alabama  36633

Earl P. Underwood, Jr., Esq.
James D. Patterson, Esq.
Law Offices of Earl P. Underwood, Jr.
P.O. Box 969
Fairhope, Alabama 36533-0969

s/ Stephen J. Bumgarner
OF COUNSEL