# ONE WEEK CANCELLATION PERIOD

Loan Number: 0~~0022~~~~5~~~~050~~-~~7~~~~001~~    Borrower(s): ANGELA M SANDERSON
Date: September 25, 2004

**You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason.** This right is described in the Notice of Right to Cancel you have received today.
Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, **we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you.** No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.
If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends. You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan. The written statement must be signed and dated by any one borrower. Your request must be delivered to:

Ameriquest Mortgage Company
1600 S Douglass Rd Anaheim, CA 92806
ATTN: Funding Department
Phone: (714)541-9960
Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.

_Angela M. Sanderson_    _9/25/04_
Borrower/Owner  ANGELA M SANDERSON    Date

_____    _____
Borrower/Owner    Date

_____    _____
Borrower/Owner    Date

_____    _____
Borrower/Owner    Date

---
### REQUEST TO CANCEL
I/We want to cancel loan #_____.

_____    _____
Borrower/Owner Signature    Date
---

000000922539050404220101
850 (10/00)

09/24/2004 2:54:50 PM
**LENDER COPY**

Exhibit F

## ONE WEEK CANCELLATION PERIOD

Loan Number: ~~0~~█████████  Borrower(s): Barbara R Harper
Date: January 14, 2005

**You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason. This right is described in the Notice of Right to Cancel you have received today.**
Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, **we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you.** No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.
If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends. You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan. The written statement must be signed and dated by any one borrower. Your request must be delivered to:

> Ameriquest Mortgage Company
> 1600 S Douglass Rd Anaheim, CA 92806
> ATTN: Funding Department
> Phone: (714)541-9960
> Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.

_Barbara R Harper_ (signature)     1-14-05
Borrower/Owner  Barbara R Harper    Date

_Kenneth D. Harper_ (signature)    1-14-05
Borrower/Owner  Kenneth D Harper    Date

_____     _____
Borrower/Owner                     Date

_____     _____
Borrower/Owner                     Date

---

**REQUEST TO CANCEL**
I/We want to cancel loan #_____.

_____     _____
Borrower/Owner Signature           Date

---

0000010369474104042220101
850 (10/00)

01/14/2005 12:19:40 PM
**LENDER COPY**

Exhibit G

# ONE WEEK CANCELLATION PERIOD

Loan Number: 0_____  Borrower(s): Grant H Morring
Date: November 24, 2004                                   Michele H Morring

**You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason.** This right is described in the Notice of Right to Cancel you have received today.
Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, **we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you.** No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.
If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends. You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan. The written statement must be signed and dated by any one borrower. Your request must be delivered to:

> Ameriquest Mortgage Company
> 1600 S Douglass Rd Anaheim, CA 92806
> ATTN: Funding Department
> Phone: (714)541-9960
> Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.

_____     _11/24/04_____
Borrower/Owner  Grant H Morring                 Date

_____     _11/24/04_____
Borrower/Owner  Michele H Morring               Date

_____     _____
Borrower/Owner                                  Date

_____     _____
Borrower/Owner                                  Date

---

**REQUEST TO CANCEL**
I/We want to cancel loan #_____.

_____     _____
Borrower/Owner Signature               Date

---

00000101154621040422010I                                11/24/2004 10:06:23 AM
850 (10/00)                                             **LENDER COPY**

**Exhibit H**

# ONE WEEK CANCELLATION PERIOD

Loan Number: 0~~~~~~~~~~~~ Borrower(s): ROBERT SCOTT HOWARD
Date: May 19, 2005

**You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason.** This right is described in the Notice of Right to Cancel you have received today.

Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, **we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you.** No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.

If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends. You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan. The written statement must be signed and dated by any one borrower. Your request must be delivered to:

> Ameriquest Mortgage Company
> 1600 S Douglass Rd Anaheim, CA 92806
> ATTN: Funding Department
> Phone: (714)541-9960
> Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.

_Robert Scott Howard_ 5/19/05
Borrower/Owner ROBERT SCOTT HOWARD    Date

_Diana Howard_ 5/19/05
Borrower/Owner DIANA L HOWARD    Date

_____    _____
Borrower/Owner    Date

_____    _____
Borrower/Owner    Date

---
**REQUEST TO CANCEL**
I/We want to cancel loan #_____.

_____    _____
Borrower/Owner Signature    Date

---

05/19/2005 11:17:39 AM
**LENDER COPY**

850 (10/00)

Exhibit I