IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ANGELA SANDERSON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 07-0800-B |
| | ) |
| **AMERIQUEST MORTGAGE COMPANY, INC.,** | ) |
| | ) |
| **Defendant.** | ) |

NOTICE OF ASSIGNMENT TO
UNITED STATES MAGISTRATE JUDGE FOR TRIAL

**This civil action has been randomly assigned to United States Magistrate Judge Sonja F. Bivins for all purposes including trial.** In accordance with 28 U.S.C. § 636(c), the Magistrate Judges of this District Court have been designated to conduct any and all proceedings in a civil case, including a jury or non-jury trial, and to order the entry of a final judgment, upon the consent of all parties.  An appeal from a judgment entered by a Magistrate Judge may be taken directly to the United States Court of Appeals for the Eleventh Circuit in the same manner as an appeal from any other judgment of a district court.

**The parties have the right to have this action reassigned to a United States District Judge for trial and disposition or consent to the jurisdiction of the Magistrate Judge.  If the parties agree to consent to the jurisdiction of a Magistrate Judge, they shall execute this Court's form Consent to the Exercise of Jurisdiction**

**by a United States Magistrate Judge (AO85, Rev.8/98) (attached) which is due to be filed with the Court on or before January 9, 2008.** If it is the intent of all parties to consent to the jurisdiction of the Magistrate Judge, then **the parties shall execute only one consent form.** If written consent is not received, the Clerk of Court will presume that the parties do not consent to the Magistrate Judge's jurisdiction and the action will be assigned to a United States District Judge.

    This notice was mailed to counsel of record on the 11th day of December, 2007.

                      CHARLES R. DIARD, JR., CLERK

                        s/Mary Nelson
By  _____
              Deputy Clerk