# BEFORE THE JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION

In re: AMERIQUEST MORTGAGE CO.   )
MORTGAGE LENDING PRACTICES      )
LITIGATION                                       )   MDL Docket No. 1715
                                                         )

## NOTICE OF POTENTIAL TAG-ALONG ACTION

PLEASE TAKE NOTICE that, pursuant to J.P.M.L. Rules 7.2(i) and 7.5(e), the undersigned counsel for the plaintiffs gives notice of the following potential tag-along actions:

1.  *Angela Sanderson, et al. v. Ameriquest Mortgage Company, Inc.*, Case No. 1:07-cv-00800-B (Southern District of Alabama, Southern Division) Judge William H. Steele, presiding. A

true and correct copy of the complaint in the Tag-along Action is attached as Exhibit A.

Plaintiffs in this Tag-along Action are plaintiffs in the putative national class actions transferred by the Panel to the Northern District of Illinois for consolidated and coordinated pretrial proceedings (the "Borrowers' Consolidated Class). This Tag-along Action alleges the same general conduct, claim the same injury and see the same relief as the Borrowers' Consolidated Class Action. Likewise, this Tag-along Action relies upon the same legal theories, require the same or similar factual determinations, and are governed by the same law.

Therefore, the Plaintiffs respectfully request that the Panel transfer this Tag-along Action to the Northern District of Illinois pursuant to J.P.M.L. Rule 7.4.

Respectfully Submitted this 14th day of November, 2007.

EARL P. UNDERWOOD, JR.
Counsel for Plaintiffs
Law Offices of Earl P. Underwood, Jr
Post Office Box 969
Fairhope, AL 36533-0969
251-990-5558 (T)
251-990-0626 (F)
epunderwood@alalaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 14th day of November, 2007, a copy of the foregoing was served on counsel for all parties to this proceeding by placing a copy of same in the U.S. Mail, properly addressed and first-class postage prepaid to:

Stephen J. Bumgarner
Burr & Forman, LLP
3400 Wachovia Tower
420 North 20th St.
Birmingham, AL 35203

Kenneth J. Riemer
Kenneth J. Riemer, Attorney at Law
P.O. Box 1206
166 Government St.
Mobile AL 36633

Earl P. Underwood, Jr.