# U.S. District Court
## Southern District of Alabama (Mobile)
### CIVIL DOCKET FOR CASE #: 1:07–cv–00800–B

Sanderson et al v. Ameriquest Mortgage Company, Inc.  
Assigned to: Magistrate Judge Sonja F. Bivins  
Cause: 15:1601 Truth in Lending  

Date Filed: 11/13/2007  
Date Terminated: 01/08/2008  
Jury Demand: Plaintiff  
Nature of Suit: 480 Consumer Credit  
Jurisdiction: Federal Question  

**Plaintiff**

**Angela Sanderson**     represented by    **Earl P. Underwood**  
P. O. Box 969  
Fairhope, AL 36533–0969  
251–990–5558  
Fax: 251–990–0626  
Email: epunderwood@alalaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  

**James Donnie Patterson**  
P.O. Box 969  
Fairhope, AL 36533  
251–990–5558  
Email: jpatterson@alalaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  

**Kenneth J. Riemer**  
166 Government Street, Suite 100  
Mobile, AL 36602  
251–432–9212  
Fax: 251–433–7172  
Email: kjr@alaconsumerlaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  

**Plaintiff**

**Kenneth Harper**     represented by    **Earl P. Underwood**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  

**James Donnie Patterson**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  

**Kenneth J. Riemer**  
(See above for address)  
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Barbara Harper**     represented by    **Earl P. Underwood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Donnie Patterson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth J. Riemer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Grant Morring**     represented by    **Earl P. Underwood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Donnie Patterson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth J. Riemer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lori Morring**     represented by    **Earl P. Underwood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Donnie Patterson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth J. Riemer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Howard**     represented by

        **Earl P. Underwood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

        **James Donnie Patterson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

        **Kenneth J. Riemer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Diane Howard** | represented by | **Earl P. Underwood**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**James Donnie Patterson**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Kenneth J. Riemer**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **Ameriquest Mortgage Company, Inc.** | represented by | **Stephen James Bumgarner**<br>Burr &Forman LLP<br>3400 Wachovia Tower<br>420 North 20th Street<br>Birmingham, AL 35203<br>205–458–5355<br>Fax: 205–244–5611<br>Email: sbumgarn@burr.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 11/13/2007 | "1 | COMPLAINT against Ameriquest Mortgage Company, Inc. ( Filing fee $350 receipt number 540651, Online Credit Card Payment), filed by Barbara Harper, Grant Morring, Lori Morring, Robert Howard, Diane Howard, Angela Sanderson, Kenneth Harper. (Attachments: # 1 Supplement Summons) (Patterson, James) Additional attachment(s) added on 11/14/2007 (mjn, ). (Entered: 11/13/2007) |

| | | |
|---|---|---|
| 11/14/2007 | " 2 | Summons Issued as to Ameriquest Mortgage Company, Inc.. &mailed to pltf's atty for service on defendant; (mjn, ) (Entered: 11/14/2007) |
| 11/14/2007 | " 3 | Service Order entered 11/14/2007. Plaintiff to notify the Court the action taken to effect service and the results thereof.Service order deadline set to 12/31/2007. Signed by Judge Sonja F. Bivins on 11/14/07. (mjn, ) (Entered: 11/14/2007) |
| 11/21/2007 | " 4 | RETURN OF SERVICE of Summons served 11/16/07 as to Ameriquest Mortgage Company (Attachments: # 1 Exhibit A) (Underwood, Earl) (Entered: 11/21/2007) |
| 11/27/2007 | " | Answer due from Ameriquest Mortgage Company, Inc. on 12/6/2007. (mjn, ) (Entered: 11/27/2007) |
| 12/06/2007 | " 5 | MOTION to Dismiss by Ameriquest Mortgage Company, Inc.. (Bumgarner, Stephen) (Entered: 12/06/2007) |
| 12/06/2007 | " 6 | Brief re 5 MOTION to Dismiss. (Attachments: # 1 Exhibit A, # 2 Exhibit B–E, # 3 Exhibit F–I) (Bumgarner, Stephen) (Entered: 12/06/2007) |
| 12/10/2007 | " 7 | Corporate Disclosure Statement filed by Defendants Ameriquest Mortgage Company, Inc., ACC Capital Holdings Corporation identifying Corporate Parent ACC Capital Holdings Corporation for Ameriquest Mortgage Company, Inc... (Bumgarner, Stephen) (Entered: 12/10/2007) |
| 12/11/2007 | " | Order re: 5 MOTION to Dismiss filed by Ameriquest Mortgage Company, Inc., ( Responses due by 12/28/2007, Replies due by 1/9/2008.). Signed by Magistrate Judge Sonja F. Bivins on 12/11/07. (mjn, ) (Entered: 12/11/2007) |
| 12/11/2007 | " 8 | Notice of Assignment to Magistrate Judge for trial. Consent Form due by 1/9/2008. (Attachments: # 1 consent form) (mjn, ) (Entered: 12/11/2007) |
| 12/13/2007 | " 9 | MOTION to Stay by Barbara Harper, Grant Morring, Lori Morring, Robert Howard, Diane Howard, Angela Sanderson, Kenneth Harper. (Attachments: # 1 Exhibit A) (Underwood, Earl) (Entered: 12/13/2007) |
| 01/08/2008 | " 10 | Conditional Transfer Order (MDL) from Northern District of Illinois requesting transfer of action. Entire case file electronically sent to requesting District, Northern District of Illinois with attached transfer letter; (Attachments: # 1 Transfer letter) (mjn, ) (Entered: 01/08/2008) |