IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANGELA SANDERSON; KENNETH AND BARBARA HARPER; GRANT & LORI MORRING,  ROBERT & DIANE HOWARD,<br><br>    Plaintiffs,<br><br>v.<br><br>AMERIQUEST MORTGAGE COMPANY, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) CASE NUMBER: 1:07-cv-07247<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT**

**COME NOW** the Plaintiffs, ANGELA SANDERSON; KENNETH and BARBARA HARPER; GRANT and LORI MORRING, and ROBERT and DIANE HOWARD, by and through the undersigned attorney, and moves this honorable court for leave to amend his complaint to remove two of the plaintiffs, ROBERT and DIANE HOWARD.  A proposed amended complaint is filed herewith as Exhibit "A."

**SO MOVED** on this, the 10th day of January, 2008.

s/ James D. Patterson
JAMES D. PATTERSON (PATTJ6485)
Attorney for Plaintiff
Law Offices of Earl P. Underwood, Jr.
PO Box 969
Fairhope, Alabama 36533
Voice 251.990.5558
Fax 251.990.0626
jpatterson@alalaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 10th day of January, 2008, a copy of the foregoing was served on counsel for all parties to this proceeding by placing a copy of same in the U.S. Mail, properly addressed and first-class postage prepaid to:

Stephen J. Bumgarner
Burr & Forman, LLP
3400 Wachovia Tower
420 North 20th St.
Birmingham, AL 35203

s/ James D. Patterson
**JAMES D. PATTERSON**