**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Angela Sanderson, et al.
                                    Plaintiff,

v.                                                    Case No.: 1:07−cv−07247
                                                      Honorable Marvin E. Aspen

Ameriquest Mortgage Company, Inc.
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 27, 2008:

      MINUTE entry before the Honorable Marvin E. Aspen:Plaintiffs' Motion for leave to amend complaint [12] to remove two of the plaintiffs, Robert and Diane Howard, is granted. Motion terminated. Diane Howard and Robert Howard terminated.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.